WRIGHT, APPELLANT, *v.* OHIO ADULT PAROLE AUTHORITY ET AL., APPELLEES.

[Cite as *Wright v. Ohio Adult Parole
Auth.* (1993), 66 Ohio St.3d 279.]

(No. 92–2519—Submitted April 20, 1993—Decided May 19, 1993.)

---

*John L. Wright, pro se.*

---

The cause is affirmed for the reasons stated in the court of appeals' opinion, in which appellees' motion to dismiss appellant's petition for a writ of mandamus to compel the Ohio Adult Parole Authority to grant him parole was granted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.